395 A.2d 1000

Voight et al., Appellants, v. State Farm
Insurance Company.

Argued September 14, 1978. Morton Gordesky, for appellants; Frank M. Jakobowski, for appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

Order affirmed.

395 A.2d 1000

Walworth Company, Appellant, v. Academy
Insurance Group, Inc., et al.

Argued September 14, 1978. William B. Koch, for appellant; Stuart N. Cohen, for appellees.

Before VAN der VOORT and MONTGOMERY, JJ.

Order affirmed.

WATKINS, J., did not participate in the consideration or decision of this case.